UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61019-CIV-DIMITROULEAS/ROSENBAUM

LOUIS POULSEN LIGHTING & CO. A/S,
a foreign limited liability company
and LOUIS POULSEN LIGHTING ,INC.,
a Florida corporation,

        Plaintiffs,
v.

SPERO ELECTRIC CORPORATION, an
Ohio corporation and PROSPETTO LIGHT,
An Ohio corporation,

        Defendants.
_____/

## ORDER DENYING CONSENT TO UNITED STATES MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Parties' Notice of the Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge - Consent to Exercise of Jurisdiction by a United States Magistrate Judge [DE-67], filed herein on August 27, 2008. The Court has carefully reviewed this Notice, notes the consent of all parties to this action, and is otherwise fully advised in the premises.

In addition to the consent of the parties however, Federal Rule of Civil Procedure 73 and 28 U.S.C. § 636(c) require the special designation by order of the district court. The Court notes that the parties previously requested a continuance on August 22, 2008 [DE-64], which was denied by this Court on August 25, 2008 [DE-66]. Trial was set by this Court's Scheduling Order of September 19, 2007 [DE-22], based on the parties proposed Joint Scheduling Report [DE-19]. Consent to magistrate jurisdiction will not be used by the parties to avoid the trial date that has already been set in the above-captioned action.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) The parties' Notice of the Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge - Consent to Exercise of Jurisdiction by a United States Magistrate Judge [DE-67] is hereby **DENIED**;

2) Calendar call in this case remains set for Friday, September 12, 2008. at 10:00 a.m. in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Blvd, Fort Lauderdale, Florida.

3) Trial remains set on the two-week calendar commencing the week of Monday, September 15, 2008.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of August, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Marlene K. Silverman, Esq.
Ajit J. Vaidya, Esq.
David J. Kenealy, Esq.
Anna J. Kurian, Esq.
Wayne H. Schwartz, Esq.