UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61019-CIV-DIMITROULEAS/ROSENBAUM

LOUIS POULSEN LIGHTING & CO. A/S,
a foreign limited liability company
and LOUIS POULSEN LIGHTING ,INC.,
a Florida corporation,

               Plaintiffs,

v.

SPERO ELECTRIC CORPORATION, an
Ohio corporation and PROSPETTO LIGHT,
An Ohio corporation,

               Defendants.

_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL;
## RESCHEDULING CALENDAR CALL

THIS CAUSE is before the Court upon the Joint Notice of Settlement, filed herein on September 8, 2008. [DE-70].  The Court has carefully considered the Joint Notice and is otherwise fully advised in the premises.

In the instant Notice, the parties request that they be excused from Calendar Call on Friday, September 12, 2008 at 10:00 a.m., as they have reached a settlement.  However, they further request additional time to complete the settlement documents and submit a stipulation and consent for permanent injunction.  The Court construes this as a Motion to Continue the Trial.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Motion to Continue Trial [DE-70] is hereby **GRANTED**.

2) The Calendar Call scheduled for Friday, September 12, 2008 at 10:00 a.m. is hereby **CANCELLED**.

3) The Calendar Call is hereby **RESCHEDULED** for Friday, September 19, 2008 at

10:00 a.m., with a trial to commence on September 22, 2008.  The parties are expected to

appear at the Calendar Call if they have not filed a Joint Stipulation for Dismissal by that

time.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

8th day of September, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Ajit J. Vaidya, Esq.

Wayne H. Schwartz, Esq.